CIRCUIT COURT FOR BALTIMORE COUNTY
Julie L. Ensor
Clerk of the Circuit Court
County Courts Building
401 Bosley Avenue
P.O. Box 6754
Towson, MD 21285-6754
(410)-887-2601, TTY for Deaf  (800)-735-2258
Maryland Toll Free Number (800) 938-5802

Case Number  03-C-15-013626

TO: NATIONAL LABOR RELATIONS BOARD
Bank Of America Center Tower II
100 South Charles St 6th Floor
Baltimore, MD 21201

IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

PETITION OF [name] Annette Cummings
[address]

FOR JUDICIAL REVIEW OF THE DECISION OF THE

National Labor Relations Board
[name and address
of administrative agency
that made the decision]

IN THE CASE OF Annette Cummings vs MVM Inc and SPFSA
[caption of agency proceeding] and local 555 union

CASE NUMBER: 05-CB-156648, 05-CA-159905
[including agency case number]

CIVIL ACTION
No.

03 C 15 13626

FILED   JAN 04 2016

## PETITION FOR JUDICIAL REVIEW

PETITIONER, Annette Cummings [name], hereby requests judicial review of the decision of Richard F. Griffin Jr. [name of person rendering the decision and the name of the agency making the decision], dated NLRB, on behalf of the MVM Inc and _____ [department and agency opposing petitioner] in the above captioned matter. Petitioner was a party to the case below.

Annette L. Cummings
[Signature of petitioner]

Petitioner's Name printed: Annette Cummings
Petitioner's Address: 13 Cahill Ct
                     Windsor Mill Md 21244
Petitioner's Telephone: 443-621-0345

BALT...

2016 JAN -8 PM 1:06